# THE LAW OFFICES OF
# M.L. ZAGER, P.C.

| | |
|---|---|
| 461 Broadway – P.O. Box 948 | JACOB R. BILLING |
| Monticello, New York 12701 | ROBERT B. HUNTER |
| (845) 794-3660; (845) 794-3919 (fax) | JOSEPH LOUGHLIN |
| | MICHAEL L. ZAGER, Of Counsel |
| | MICHAEL D. BAER (NY. NJ) |

July 9, 2020

The Honorable Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   G & G Closed Circuit Events LLC *v. Geraldo Pacheco, et al.*
              *U.S.D.C. S.D.N.Y. Case No. 20-cv-3492-LGS*

Dear Judge Schofield:

My firm and I represent Plaintiff G & G Closed Circuit Events, LLC ("Plaintiff") in the above-referenced matter.

Please be advised that the Summons and Complaint was served upon Alge & Deluca, LLC on 6/2/2020 their answer was due 6/23/2020. No answer has been interposed. The Summons and Complaint was also served upon Geraldo Pacheco on 6/26/2020 and his answer is due 7/17/2020.

This letter is to request an adjournment of the Initial Conference presently scheduled for July 16, 2020 in order to allow Defendant time to answer or in the alternative time to file the certificates of default.

Respectfully submitted.

M.L. ZAGER, P.C.
By: Robert B. Hunter

RH/jm
cc: Geraldo Pacheco
3042 Grand Concourse Bronx NY 10458

Alge & Deluca, LLC
357 E 204th Street Bronx NY 10467

---

Application GRANTED. The initial pretrial conference scheduled for July 16, 2020, is adjourned to **August 6, 2020, at 10:50 a.m**. The parties' pre-conference materials are due seven days in advance of the conference, or by **July 30, 2020**. If Defendants fail to timely appear and respond to the Complaint, Plaintiff may present an Order to Show Cause for default judgment and related papers, in accordance with the Individual Rules, Attachment A, at the conference. Plaintiff shall serve a copy of this Order on Defendants, and shall file affidavits of service no later than **July 14, 2020**.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2020
       New York, New York