UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
G&G CLOSED CIRCUIT EVENTS, LLC,                             :
                                       Plaintiff,           :       20 Civ. 3492 (LGS)
                                                            :
                  -against-                                 :       ORDER
                                                            :
GERALDO PACHECO, ET AL.,                                    :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated July 9, 2020, the initial pretrial conference was adjourned to August 6, 2020, at 10:50 a.m.  The parties were required to submit a joint status letter and proposed case management plan at least seven calendar days before the conference;

    WHEREAS, Plaintiff was advised that if Defendants failed to timely appear and respond to the Complaint, Plaintiff may present a Proposed Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules;

    WHEREAS, Defendants have failed to timely appear and respond to the Complaint, and no pre-conference materials or default judgment materials were filed.  It is hereby

    **ORDERED** that Plaintiff shall file its Proposed Order to Show Cause for default judgment and related papers, in accordance with the Individual Rules, Attachment A, by **August 3, 2020, at 12:00 p.m.**  If Plaintiff is unable to do so, it shall file a letter requesting an adjournment of the IPTC for up to 30 days and proposing a date prior to the conference by which Plaintiff shall file the relevant default judgment materials required by the Individual Rules, Attachment A.  Continuing failure to comply with Court orders may result in dismissal of the action for failure to prosecute.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendants and shall file affidavits of service no later than **August 3, 2020**.

Dated: July 31, 2020
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**