# THE LAW OFFICES OF
# M.L. ZAGER, P.C.

| | |
|---|---|
| 461 Broadway – P.O. Box 948<br>Monticello, New York 12701<br>(845) 794-3660; (845) 794-3919 (fax) | JACOB R. BILLING<br>ROBERT B. HUNTER<br>JOSEPH LOUGHLIN<br>MICHAEL L. ZAGER, Of Counsel<br>MICHAEL D. BAER (NY. NJ) |

August 3, 2020

The Honorable Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    G & G Closed Circuit Events LLC *v. Geraldo Pacheco, et al.*
             *U.S.D.C. S.D.N.Y. Case No. 20-cv-3492-LGS*

Dear Judge Schofield:

My firm and I represent Plaintiff G & G Closed Circuit Events, LLC ("Plaintiff") in the above-referenced matter.

Please be advised that the Summons and Complaint was served upon Alge & Deluca, LLC on 6/2/2020 their answer was due 6/23/2020. No answer has been interposed. The Summons and Complaint was also served upon Geraldo Pacheco on 6/26/2020 and his answer was due 7/17/2020. No answer has been interposed.

This letter is to request an adjournment of the Initial Pre Trial Conference presently scheduled for August 6, 2020 at 10:50 AM until September 3, 2020 at 10:50 AM. Plaintiff will file its order to show cause for default judgment against each defaulting defendant on or before August 27, 2020. The adjournment will allow time for our office to obtain executed supporting documents from our client.

Respectfully submitted.

                M.L. ZAGER, P.C.

                /s/

                By: Robert B. Hunter

RH

Application GRANTED. The initial pretrial conference scheduled for August 6, 2020, is adjourned to **September 3, 2020, at 10:50 a.m.** If Defendants have not appeared, Plaintiff shall file its default judgment materials as required by the Individual Rules, Attachment A, by **August 27, 2020**.

Plaintiff shall serve a copy of this Order and the Order at Dkt. No. 21 on Defendants and file affidavits of service no later than **August 7, 2020**.

Dated: August 3, 2020
      New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE