UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
G&G Closed Circuit Events, LLC,                          DEFAULT JUDGMENT ~~(proposed)~~

                Plaintiff,
    - against -                                                       Case No.: 1:20-cv-03492-LGS

Geraldo Pacheco, et al
                Defendants.
-------------------------------------------------------------------X

      This action having been commenced on May 5, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Geraldo Pacheco, individually and d/b/a Lexa Bar and Garden. Service was accepted by Tony Diaz (brother) and proof of service was therefore filed on July 7, 2020 [Doc. #17] ; and upon Alge & Deluca, LLC, an unknown business entity d/b/a Lexa Bar and Garden by serving Sue Zouky, Business Document Specialist - NYS Dept. of State. and proof of service was therefore filed on June 16, 2020 [Doc. #14] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount ~~of $XXXXXXXXXXXX~~ to be determined in a post-default judgment inquest, with interest at ~~XXXXXX% from XXXXXXXXXX~~ plus costs and disbursements of this action in the amount of ~~$XXXXXXX~~ amounting in all to ~~$XXXXXXX XXXXXXXXX~~.

Dated: New York, New York
      September 17, 2020

                                                      LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**

                                                      Hon. Lorna G. Schofield, U.S.D.J.

                                                      This document was entered on the docket on September 17, 2020.