# THE LAW OFFICES OF
# M.L. ZAGER, P.C.

461 Broadway – P.O. Box 948  
Monticello, New York 12701  
(845) 794-3660; (845) 794-3919 (fax)

JACOB R. BILLING  
ROBERT B. HUNTER  
JOSEPH LOUGHLIN  
MICHAEL L. ZAGER, Of Counsel  
MICHAEL D. BAER (NY. NJ)

October 30, 2020

The Honorable Robert W. Lehrburger  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

    Re:    G & G Closed Circuit Events LLC *v. Geraldo Pacheco, et al.*  
           U.S.D.C. S.D.N.Y. Case No. 20-cv-3492-LGS

Dear Judge Lehrburger:

My firm and I represent Plaintiff G & G Closed Circuit Events, LLC ("Plaintiff") in the above-referenced matter.

Plaintiff proceeded by Order to Show Cause for a default judgment against each defaulting defendant. On September 17, 2020, the Hon. Lorna G. Schofield granted Plaintiff a default judgment against each defaulting defendants and referred this matter to Your Honor to conduct an inquest.

By Order dated September 18, 2020, Your Honor directed Plaintiff to submit its Proposed Findings of Fact and Conclusions of Law by no later than October 30, 2020; and any response by November 27, 2020.

Respectfully, Plaintiff requests an extension of time to make its filing until Friday, October 13, 2020. This is Plaintiff's first request for an adjournment of this required submission. Defendants ought not be prejudiced by this extension as neither has ever answered or otherwise responded to the complaint, the Order to Show Cause or this Court's Orders.

A corresponding extension of time for Defendants to respond to Plaintiff's submission until December 11, 2020 would be indicated.

Respectfully submitted.

                            M.L. ZAGER, P.C.

                            /s/

RH                      By: Robert B. Hunter

Extension for Plaintiff's inquest filing until Nov. 13, 2020 granted; any response from Defendants due no later than Dec. 11, 2020.

SO ORDERED:

10/30/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE