**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

       Plaintiff,        20 **CIVIL** 3492 (LGS)

   -against-           **JUDGMENT**

GERALDO PACHECO, et al.,
       Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 30, 2021, the Report is ADOPTED and Plaintiff's request for attorneys' fees and costs is GRANTED. Plaintiff is awarded (1) $2,200 of statutory damages; (2) $8,800 of enhanced damages; (3) $2,432.50 in attorneys' fees and (4) $1,142.52 in costs. If delinquent, Defendant shall pay post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
    March 31, 2021

                 **RUBY J. KRAJICK**
                 **Clerk of Court**
           **BY:**
                 K. Mango
                 **Deputy Clerk**